United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Frank Franzo  
Linda Susan Franzo  
    Debtor(s)

Case No. 20-03239-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 09, 2020      Form ID: ntcnfhrg      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Franzo, Linda Susan Franzo, 120 Perrin St, Swoyersville, PA 18704-1918 |
| 5371975 | + | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5377249 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5371976 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5371979 | + | Citibank/Best Buy, Po Box 790034, St Louis, MO 63179-0034 |
| 5371984 | + | Enid Mora, 279 Flour Lane, Langhorne, PA 19047-1528 |
| 5371985 | | Freedom Mortgage, PO Box 6656, Chicago, IL 60680-6656 |
| 5371986 | | Geisinger, P.O. Box 983148, Boston, MA 02298-3148 |
| 5375191 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5377176 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5371991 | | SUBARU MOTORS FINANCE, PO BOX 78058, PHOENIX, AZ 85062-8058 |
| 5371990 | + | Specialized Loan Servicing/SLS, P.O. Box 636005, Littleton, CO 80163-6005 |
| 5371989 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 5371992 | | Subaru Motors Finance, P.O. Box 78058, Hillsboro, OR 97123 |
| 5378366 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 5374109 | + | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2020 19:28:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5371977 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 09 2020 19:28:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5373694 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 09 2020 19:28:11 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5371980 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2020 19:10:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5371981 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2020 19:10:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5371982 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2020 19:10:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5373127 | | Email/Text: mrdiscen@discover.com | Dec 09 2020 19:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5371983 | + | Email/Text: mrdiscen@discover.com | Dec 09 2020 19:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5371978 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 09 2020 19:28:09 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| Record | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5371987 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 09 2020 19:10:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5371988 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2020 19:10:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5371993 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 19:28:52 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5371994 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 19:28:10 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5372409 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 19:28:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5371995 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 19:28:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5371996 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 19:28:09 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5371997 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 19:28:28 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5371998 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 19:28:10 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5371999 | + | Email/Text: dbogucki@trumark.org | Dec 09 2020 19:10:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2712 |
| 5372000 | | Email/Text: bknotice@upgrade.com | Dec 09 2020 19:10:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 5372001 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 09 2020 19:10:00 | Volkswagen Credit Inc., P.O. Box 3, Hillsboro, OR 97123-0003 |
| 5372002 | + | Email/Text: vci.bkcy@vwcredit.com | Dec 09 2020 19:10:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |
| 5372003 | | Email/PDF: gecsedi@recoverycorp.com | Dec 09 2020 19:28:28 | Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Roger Mattes, Jr | on behalf of Debtor 1 Frank Franzo matteslaw@epix.net  joan.bird@frontier.com |
| Roger Mattes, Jr | on behalf of Debtor 2 Linda Susan Franzo matteslaw@epix.net  joan.bird@frontier.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Frank Franzo, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−03239−RNO |
| Linda Susan Franzo, fka Linda Susan Seiler, | |
| **Debtor 2** | |

# Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **January 27, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: February 3, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 9, 2020 |

ntcnfhrg (03/18)