**U.S. BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| IN RE: | FRANK FRANZO | : | CHAPTER 13 |
|---|---|---|---|
| | LINDA SUSAN FRANZO | : | |
| | **Debtor** | : | **BANKRUPTCY NO. 20-03239** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK:

    Kindly enter my appearance on behalf of Enid Mora, and index same on the master mailing list.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Date: December 11, 2020