# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **FRANK FRANZO** | | |
| **Debtor 1** | **Chapter:** | **13** |
| **LINDA SUSAN FRANZO** | | |
| **Debtor 2** | **Case No.:** | **5-20-bk-03239 RNO** |
| **ENID MORA** | | |
| **Movant(s)** | **Document No.:** | **20** |
| **vs.** | | |
| **FRANK FRANZO** | **Nature of** | |
| **LINDA SUSAN FRANZO** | **Proceeding:** | **Motion for Expedited Consideration** |
| **Respondent(s)** | | |

## <u>ORDER</u>

After due consideration of the Motion for Expedited Consideration of Motion for Relief from the Automatic Stay ("Motion for Expedited Consideration") filed to Docket No. 20, regarding a Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 ("Motion for Relief"), the Court makes the following findings:

1.      Motions for relief from stay are self-scheduled and presently the Motion for Relief can be held on January 14, 2021 or January 21, 2021.

2.      The Motion for Expedited Consideration fails to state cause for an expedited hearing on the Motion for Relief.

Based upon the above findings, it is

ORDERED that the Motion for Expedited Consideration is DENIED.

Dated: December 16, 2020

By the Court,

_____

Robert N. Opel, II, Bankruptcy Judge (BI)