# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-03239 |
| Frank Franzo | : Chapter 13 |
| Linda Susan Franzo FKA Linda Susan Seiler | : Judge Robert N. Opel II |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| JPMorgan Chase Bank, N.A. | : Related Document # |
| Movant, | : |
| vs | : |
| | : |
| Frank Franzo | : |
| Linda Susan Franzo FKA Linda Susan Seiler | : |
| | : |
| Charles J DeHart, III | |
| Respondents. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-023178_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-03239 |
| **Frank Franzo** | : **Chapter 13** |
| **Linda Susan Franzo FKA Linda Susan** | : **Judge Robert N. Opel II** |
| **Seiler** | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **JPMorgan Chase Bank, N.A.** | : **Related Document #** |
| Movant, | : |
| vs | : |
| | : |
| **Frank Franzo** | : |
| **Linda Susan Franzo FKA Linda Susan** | : |
| **Seiler** | : |
| | : |
| **Charles J DeHart, III** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

Roger Mattes Jr, Attorney for Frank Franzo and Linda Susan Franzo FKA Linda Susan Seiler, matteslaw@epix.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Frank Franzo and Linda Susan Franzo FKA Linda Susan Seiler, 120 Perrin St, Swoyersville, PA  18704

/s/ Karina Velter

20-023178_PS