United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03239-RNO |
| Frank Franzo | Chapter 13 |
| Linda Susan Franzo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Enid Mora, 279 Flour Lane, Levittown, PA 19047, UNITED STATES 19047-1528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor Wells Fargo Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 c/o Select Portfolio Servici bosborne@hoflawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Karina Velter | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| Paul H. Young | on behalf of Creditor Enid Mora ykaecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| Roger Mattes, Jr | on behalf of Debtor 1 Frank Franzo matteslaw@epix.net joan.bird@frontier.com | |
| Roger Mattes, Jr | on behalf of Debtor 2 Linda Susan Franzo matteslaw@epix.net joan.bird@frontier.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 8

U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|    FRANK FRANZO | : | |
|    LINDA SUSAN FRANKO | : | Bankruptcy No. 20-03239 RNO |
|       Debtor(s) | : | |

   FRANK FRANZO :
   LINDA SUSAN FRANKO :
      Movants :
       :
       :
Vs. :
       :
   ENID MORA :
      Respondent :

## ORDER

Upon Motion for Extension to File Responsive Brief, it is hereby ORDERED that Motion is GRANTED.

    IT IS FURTHER ORDERED that the Debtors have until Friday, February 5, 2021 to file their responsive brief.

Dated: February 4, 2021

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Bankruptcy Judge  BI