**U.S. BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | **FRANK FRANZO** : | **CHAPTER 13** |
| | **LINDA SUSAN FRANZO** : | |
| | **Debtor** : | **BANKRUPTCY NO. 20-03239** |
| | : | |

<u>**PRAECIPE TO WITHDRAW PROOF OF CLAIM**</u>

TO THE CLERK:

     Kindly withdraw Proof of Claim No. 26; Claimant Enid Mora, filed by YOUNG, MARR & ASSOCIATES, following concurrence from opposing counsel in open court on February 17, 2021.

<u>/s/Cameron Deane</u>
CAMERON DEANE, ESQUIRE
Attorney for Claimant
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: February 24, 2021