United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03239-HWV |
| Frank Franzo | Chapter 13 |
| Linda Susan Franzo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 06, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5377176 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | |
| | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| Bradley J Osborne | |
| | on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 c/o Select Portfolio Servici bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Cameron Deane | |
| | on behalf of Creditor Enid Mora cdeane@ymalaw.com |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| Paul H. Young | |
| | on behalf of Creditor Enid Mora ykaecf@gmail.com |

Rebecca Ann Solarz
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

Roger Mattes, Jr
    on behalf of Debtor 1 Frank Franzo matteslaw@epix.net joan.bird@frontier.com

Roger Mattes, Jr
    on behalf of Debtor 2 Linda Susan Franzo matteslaw@epix.net joan.bird@frontier.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-03239-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Frank Franzo
120 Perrin St
Swoyersville PA 18704

Linda Susan Franzo
120 Perrin St
Swoyersville PA 18704

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/05/2021.

Name and Address of Alleged Transferor(s):

Claim No. 6: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/08/21

Terrence S. Miller
**CLERK OF THE COURT**