## U.S. BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| FRANK FRANZO | : | |
| LINDA SUSAN FRANKO | : | Bankruptcy No. 20-03239 RNO |
| Debtor(s) | : | |

### CERTIFICATE OF SERVICE

I hereby certify that I have, this 9th day of August, 2021, mailed a copy of the Court Order Confirming the Debtors' 6th Amended Plan, filed in the above matter, per the attached.

                                                  /s/ Roger Mattes, Jr.
                                                  Roger Mattes, Jr., Esquire

Dated: August 9, 2021

| | | |
|---|---|---|
| FRANK FRANZO<br>LINDA SUSAN FRANZO<br>120 PERRIN ST<br>SWOYERSVILLE, PA 18704 | COMENITYCAPITAL/BOSCOV<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS, OH 43218 | QCARD<br>% PORTFOLIO RECOVERY ASSO<br>P.O. BOX 41067<br>NORFOLK, VA 23541 |
| ROGER MATTES, JR.<br>UPRIGHT LAW LLC<br>324 NORTH WASHINGTON AVE.<br>SCRANTON, PA 18503-1578 | COMENITYCAPITAL/ULTA<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 183003<br>COLUMBUS, OH 43218 | SPECIALIZED LOAN SERVICING/S<br>% SELECT PORTFOLIO SERVICIN<br>P.O. BOX 65250<br>SALT LAKE CITY, UT 84165-0250 |
| AES/PHEAA<br>% ECMC<br>P.O. BOX 16408<br>SAINT PAUL, MN 55116-0408 | DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | SUBARU MOTORS FINANCE<br>PO BOX 78058<br>PHOENIX, AZ 85062-8058 |
| AMAZON<br>%PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 41067<br>NORFOLK, VA 23541 | ENID MORA<br>279 FLOUR LANE<br>LANGHORNE, PA 19047 | SUBARU MOTORS FINANCE<br>P.O. BOX 78058<br>HILLSBORO, OR 97123 |
| AMEX<br>% BECKET & LEE LLP<br>P.O. BOX 3001<br>MALVERN, PA 19355-0701 | EVINE LIVE<br>% PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 41067<br>NORFOLK, VA 23541 | SYNCB/HSN<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 |
| AMEX<br>CORRESPONDENCE/BANKRUPTCY<br>PO BOX 981540<br>EL PASO, TX 79998 | FREEDOM MORTGAGE<br>PO BOX 6656<br>CHICAGO, IL 60680-6656 | SYNCB/PPC<br>% PRA RECEIVABLES MANAGEM<br>P.O. BOX 41031<br>NORFOLK, VA 23541 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | GEISINGER<br>P.O. BOX 983148<br>BOSTON, MA 02298-3148 | TRUMARK FINANCIAL CREDIT UI<br>ATTN: BANKRUPTCY<br>335 COMMERCE DR<br>FORT WASHINGTON, PA 19034 |
| CHASE CARD SERVICES<br>ATTN: BANKRUPTCY<br>PO BOX 15298<br>WILMINGTON, DE 19850 | KOHLS/CAPITAL ONE<br>% PERITUS PORTFOLIO SERVICES II, LL<br>P.O. BOX 141509<br>IRVING, TX 75014 | UPGRADE, INC.<br>275 BATTERY STREET<br>23RD FLOOR<br>SAN FRANCISCO, CA 94111 |
| CITIBANK/BEST BUY<br>% PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 41067<br>NORFOLK, VA 23541 | LOWES<br>% PORTFOLIO RECOVERY ASSOCIATES<br>P.O. BOX 41067<br>NORFOLK, VA 23541 | VOLKSWAGEN CREDIT INC.<br>P.O. BOX 3<br>HILLSBORO, OR 97123 |
| COMENITY BANK/WAYFAIR<br>% QUANTUM 3 GROUP LLC<br>P.O. BOX 2489<br>KIRKLAND, WA 98083-2489 | PNC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 94982: MAILSTOP BR-YB58-01-5<br>CLEVELAND, OH 44101 | VOLKSWAGEN CREDIT, INC<br>ATTN: BANKRUPTCY<br>PO BOX 3<br>HILLBORO, OR 97123 |

WALMART/CAPITAL ONE
% AMERICANN INFOSOURCE
4515 N. SANTE FE AVE
OKLAHOMA CITY, OK 73118