IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| FRANK FRANZO, AND LINDA SUSAN ) | CASE NO.: 5:20-bk-03239-MJC |
| FRANZO, *FKA* LINDA SUSAN SEILER ) | CHAPTER 13 |
|     DEBTORS. ) | JUDGE MARK J. CONWAY |
| ) | |
| WELLS FARGO BANK, N.A., AS TRUSTEE ) | |
| FOR FIRST FRANKLIN MORTGAGE LOAN ) | |
| TRUST 2006-FFB ) | |
| ) | |
|     CREDITOR ) | |
| ) | |
| FRANK FRANZO AND LINDA SUSAN ) | |
| FRANZO, FKA LINDA SUSAN SEILER, ) | |
|  DEBTORS, ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
|     RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFB and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

    **DATED** this 9th day of August 2024

    Respectfully submitted,
    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 9th day of August 2024.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 5:20-bk-03239-MJC)

*DEBTORS*
FRANK FRANZO
LINDA SUSAN FRANZO
120 PERRIN ST
SWOYERSVILLE, PA 18704

*ATTORNEYS FOR DEBTORS*
ROGER MATTES, JR
MATTES & MATTES, P.C.
P.O. BOX 222
201 WEST MAIN STREET
DALTON, PA 18414
INFO@MATTESLAWYERS.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANGIND CHAPTER 13
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
TWECF@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
UST03.HA.ECF@USDOJ.GOV