UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  CASE NO.: 20-03239
 CHAPTER 13

**Frank Franzo,**
   Debtor.

**Linda Susan Franzo,**
   Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 07004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Robert Shearer
        Robert Shearer
        Email: rshearer@raslg.com

<u>**CERTIFICATE OF SERVICE**</u>

      **I HEREBY CERTIFY** that on June 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

FRANK FRANZO
120 PERRIN ST
SWOYERSVILLE, PA 18704

LINDA SUSAN FRANZO
120 PERRIN ST
SWOYERSVILLE, PA 18704

And via electronic mail to:

MATTES & MATTES, P.C.
P.O. BOX 222,201 WEST MAIN STREET
DALTON, PA 18414

JACK N ZAHAROPOULOS
STANDING CHAPTER 13,(TRUSTEE,),8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE,1501 N. 6TH ST
HARRISBURG, PA 17102

                                                By: /s/Robert Shearer
                                                Robert Shearer
                                                Email: rshearer@raslg.com