# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Frank Franzo
    Linda Susan Franzo

                      Case No.: 5-20-03239 MJC

                      Chapter 13

    **Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Freedom |
| Court Claim Number: | 25 |
| Last Four of Loan Number: | 9772 |
| Property Address if applicable: | 120 Perrin Dr |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,031.76 |
| b. | Prepetition arrearages paid by the trustee: | $1,031.76 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $1,031.76 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: November 26, 2025

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Frank Franzo
Linda Susan Franzo

Case No.: 5-20-03239 MJC

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 26, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

 **Served Electronically**
 Roger Mattes, Jr, Esquire
 Upright Law, LLC
 PO Box 222
 Dalton PA 18414


 **Served by First Class Mail**
 Freedom Mortgage Corporation
 11988 Exit 5 Parkway, Building 4
 Fishers  IN 46037-7939

 Frank Franzo
 Linda Susan Franzo
 120 Perrin St
 Swoyerville PA 18704

 I certify under penalty of perjury that the foregoing is true and correct.


 Date: November 26, 2025                   /s/  Liz Joyce
                                           Office of the Standing Chapter 13 Trustee
                                           Jack N. Zaharopoulos
                                           Suite A, 8125 Adams Dr.
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097
                                           email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-03239  FRANK FRANZO

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
FISHERS, IN  46037-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** Perrin St - PRE-ARREARS - 97
ARREARS - 120 PERRIN STREET

| | | | | |
|---|---|---|---|---|
| Amt Sched: | $108,558.13 | Debt: $1,031.76 | Interest Paid: | $0.00 |
| | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: $1,031.76 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/14/2021 | 2004505 | $1,031.76 | $0.00 | $1,031.76 | 09/22/2021 |
| | | | | Sub-totals: | $1,031.76 | $0.00 | $1,031.76 | |
| | | | | **Grand Total:** | **$1,031.76** | **$0.00** | | |