Certificate Number: 13858-PAM-DE-040352471

Bankruptcy Case Number: 20-03239



13858-PAM-DE-040352471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 25, 2025, at 8:16 o'clock PM EST, Linda Susan Franzo completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 25, 2025        By: /s/Jalicia Morales

                                                         Name: Jalicia Morales

                                                         Title: Counselor

Certificate Number: 13858-PAM-DE-040352471

Bankruptcy Case Number: 20-03239



13858-PAM-DE-040352471

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 25, 2025, at 8:16 o'clock PM EST, Linda Susan Franzo completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 25, 2025    By: /s/Jalicia Morales

Name: Jalicia Morales

Title: Counselor