Certificate Number: 13858-PAM-DE-040352470

Bankruptcy Case Number: 20-03239


13858-PAM-DE-040352470

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 25, 2025, at 8:16 o'clock PM EST, Frank Franzo completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 25, 2025

By: /s/Jalicia Morales

Name: Jalicia Morales

Title: Counselor