| Fill in this information to identify the case: |
|---|
| Debtor 1    <u>Frank Franzo</u> |
| Debtor 2    <u>Linda Susan Franzo Fka Linda Susan Seiler</u><br>(Spouse, if filing) |
| United States Bankruptcy Court for the: <u>Middle</u> District of <u>Pennsylvania</u> |
| Case number <u>5:20-bk-03239-MJC</u> |

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** <u>Freedom Mortgage Corporation</u>     **Court claim no.** (if known): <u>25</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>9772</u>

**Property address:**     <u>120 PERRIN ST</u>
Number Street
<u>Swoyersville, PA 18704</u>
City     State     ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $<u>1,021.69</u>.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice: $ _____.

☒ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ _____.

## Part 3: Postpetition Payment

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: ____/____/____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

    i. Date last payment was received on the mortgage:     <u>11/17/25</u>

    ii. Date next postpetition payment from the debtor is due:     <u>12/01/25</u>

|     |                                                                                          |            |
| --- | ---------------------------------------------------------------------------------------- | ---------- |
| iii. | Amount of the next postpetition payment that is due:                                    | $966.91    |
| iv. | Unpaid principal balance of the loan:                                                    | $95,794.51 |
| v.  | Additional amounts due for any deferred or accrued interest:                             | $638.09    |
| vi. | Balance of the escrow account:                                                           | $-490.96   |
| vii. | Balance of unapplied funds or funds held in a suspense account:                         | $0.00      |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $191.61 |

**Part 4: Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

**Part 5: Sign Here**

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Mario Hanyon                                      Date 12/11/2025
Signature

Name    Mario Hanyon
        First Name    Middle Name    Last Name

Title   Attorney for Creditor

Company  Brock & Scott, PLLC
         If different from the notice address listed on the proof of claim to which this response applies.

Address  3825 Forrestgate Dr.
         Number      Street

         Winston-Salem, NC 27103
         City                    State    ZIP Code

Contact phone  844-856-6646   Email  PABKR@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>Frank Franzo And Linda Susan Franzo Fka Linda Susan Seiler<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>Frank Franzo And Linda Susan Franzo Fka Linda Susan Seiler,<br>    Debtors | Case No. 5:20-bk-03239-MJC<br><br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Trustee's Notice of Disbursements Made has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Roger Mattes, Jr, Debtor's Attorney
P.O. Box 222
201 West Main Street
Dalton, PA 18414
info@matteslawyers.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

Frank Franzo
120 Perrin St
Swoyersville, PA 18704

Linda Susan Franzo
120 Perrin St
Swoyersville, PA 18704


Date: <u>December 11, 2025</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com



PO Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

FRANK FRANZO  December 5, 2025
120 PERRIN STREET
SWOYERSVILLE   PA 18704

## PAYOFF STATEMENT

Loan Number: ███████  Next Payment Due Date: December 1, 2025
Borrower: FRANK FRANZO

Collateral: 120 PERRIN ST
SWOYERSVILLE   PA 18704

Loan Type: FHA

**Payoff Quote Good Through January 5, 2026**

The accrued interest shown below is projected through 01/05/26. After that date, please add an additional $9.84 per day.

| Please send the following Remittance: | |
|---|---:|
| Current Unpaid Principal | $95,794.51 |
| Accrued Interest | $638.09 |
| Prepayment Penalty | $0.00 |
| Escrow/Impound Required | $ 490.96 |
| Mortgage Insurance Premium Due | $127.86 |
| Less Escrow/Impound Funds | $ -   0.00 |
| Less Unapplied Funds Balance | $0.00 |
| Payoff Statement Fee | $0.00 |
| Unpaid Late Charges | $0.00 |
| Recording Fee | $63.75 |
| Release Fee | $0.00 |
| Additional Items Due | $0.00 |
| Deferred Balance | $0.00 |
| Optional Insurance | $0.00 |
| Subsidy/Buydown | $0.00 |
| **TOTAL PAYOFF DUE:** | $97,115.17 |

Although this payoff quote is good through the date shown above, additional fees may accrue. For example, if we do not receive the funds and the grace period for your next payment(s) expires, a late charge may also be assessed.

2.02



PO Box 50485, Indianapolis, IN 46250-0485

INTERNAL USE ONLY

The Late Charge Amount, if any, will be: $20.29.

A "deferred balance" may include items such as a deferred principal balance, late charges, escrow advances, expense advances and administrative fees.

The current escrow balance is $-490.96. Any escrow payments scheduled to disburse prior to the payoff expiration date will be deducted from the total escrow balance. If the scheduled disbursement creates a negative balance in the escrow account, these funds will appear as an escrow advance and included in the total payoff due. Available escrow funds will be returned to the borrower within 14 business days from the date the loan is paid in full.

*When applicable, any escrow funds credited toward the total payoff will not be returned.*

The information shown on this statement is subject to change. To ensure you're submitting sufficient funds to pay your account in full, please contact our Customer Care Team for updated figures prior to remitting payoff funds. If your loan is referred to foreclosure this payoff statement will no longer be valid. Therefore, a new payoff statement will need to be requested.

### WHERE TO SUBMIT PAYOFF FUNDS

| **WIRE TRANSFER** | **OVERNIGHT DELIVERIES OF PAYMENTS** |
|---|---|
| Freedom Mortgage Corporation | Freedom Mortgage Corporation |
| Reference:   Payoff/Payment Department | ATTN: Payoff Department |
| KeyBank, 127 Public Square, Cleveland, OH | 10500 Kincaid Drive, Suite 111 |
|  | Fishers, Indiana  46037-9764 |
|  |  |
| Borrower Name:   FRANK FRANZO |  |

*Please note that Freedom Mortgage Corporation ("Freedom Mortgage") requires payoffs to be received in the form of certified funds. <u>Personal checks will not be accepted.</u> Additionally, Freedom Mortgage will only accept funds to pay off the account in full. Payoff funds received that are not sufficient to pay the loan account in full will be returned.*

*Incoming wire transfers received by 4 PM Eastern Time will be credited the same day. Wires received after that time will be processed on the next business day.  Please ensure that all payoff funds submitted include the borrower's name and loan number.*

**WARNING! WIRE FRAUD ADVISORY:** **Wire fraud and email hacking/phishing attacks are on the increase! We encourage you and/or your authorized 3rd party to visit our website to confirm our payoff wiring instructions or you may visit  www.freedommortgage.com/payoff. Freedom Mortgage will not be responsible for any other method of payoff validation.**

Customer Care representatives are available to assist you Monday through Friday from 8:00 AM – 8:00 PM and Saturday from 9:00 AM – 2:00 PM Eastern Time.

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL**


PO Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

**PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

2.02


PO Box 50485, Indianapolis, IN 46250-0485

# INTERNAL USE ONLY

**Change of Address Notification Form**

Is your mailing address changing as a result of this payoff request? Please let us know your new address below in order to ensure all trailing documents are sent to the appropriate address. Please return this Form to:

Freedom Mortgage, P.O. Box 50485, Indianapolis, IN 46250-0485

**New Address:**

**City/State/ZIP:**

**Loan Number:** ████████

Attachment: Payoff Statement Disclosure

2.02



PO Box 50485, Indianapolis, IN 46250-0485

INTERNAL USE ONLY

## PAYOFF PROCEDURE DISCLOSURE

Borrower:     FRANK FRANZO                    December 5, 2025

Address:      120 PERRIN ST
              SWOYERSVILLE      PA 18704

This is in reply to your 12/04/25 inquiry/request for payoff figures or offer to tender an amount to prepay in full your Federal Housing Administration (FHA)-insured mortgage which this company is servicing.

This notice is to advise you of the procedure which will be followed to accomplish a full prepayment of your mortgage.

Freedom Mortgage Corporation ("Freedom Mortgage") will:

[✓] accept the full prepayment amount whenever it is paid and collect interest only to the date of that payment.

[ ] only accept the prepayment on the first day of the month during the mortgage term; or accept the prepayment whenever tendered with the interest paid to the first day of the month following the date prepayment is received.

[ ] require at least 30 days prior written notice of your intent to prepay the mortgage (for mortgage insured prior to August 2, 1985). We consider that the 30-day written notice has not been complied with. NOTICE MUST BE IN WRITING.

[ ] consider that we have received notice of your intended prepayment and the 30-day notice began to run on (N/A).

NOTE: Because your loan provides for the collection of interest through the end of the calendar month in which your prepayment is received, it is to your advantage to ensure that the prepayment reaches us as close to the end of the month as possible but not later than the first workday of the month.

If you have any questions regarding this notice, please contact Customer Care Team at 855-690-5900.

Customer Care Team
Freedom Mortgage Corporation
NMLS # 2767 (www.nmlsconsumeraccess.org)

Attachment: Payoff Statement

2.02