United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Frank Franzo  
Linda Susan Franzo  
    Debtors

Case No. 20-03239-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5  
Date Rcvd: Jan 27, 2026     Form ID: 3180W     Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Franzo, Linda Susan Franzo, 120 Perrin St, Swoyersville, PA 18704-1918 |
| cr | + | Enid Mora, 279 Flour Lane, Levittown, PA 19047, UNITED STATES 19047-1528 |
| 5371984 | + | Enid Mora, 279 Flour Lane, Langhorne, PA 19047-1528 |
| 5380102 | + | Enid Mora, 279 Flour Lane, Levittown, PA 19047-1528 |
| 5371986 | | Geisinger, P.O. Box 983148, Boston, MA 02298-3148 |
| 5384646 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5371991 | | SUBARU MOTORS FINANCE, PO BOX 78058, PHOENIX, AZ 85062-8058 |
| 5371992 | | Subaru Motors Finance, P.O. Box 78058, Hillsboro, OR 97123 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 27 2026 23:46:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Jan 27 2026 23:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 27 2026 18:48:00 | Wells Fargo Bank, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5371975 | + | Email/Text: bncnotifications@pheaa.org | Jan 27 2026 18:48:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5377249 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2026 18:52:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5371976 | + | Email/PDF: bncnotices@becket-lee.com | Jan 27 2026 18:52:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5371977 | + | EDI: CAPITALONE.COM | Jan 27 2026 23:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5373694 | | EDI: CAPITALONE.COM | Jan 27 2026 23:46:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5371978 | + | EDI: JPMORGANCHASE | Jan 27 2026 23:46:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 5371979 | + | EDI: CITICORP | Jan 27 2026 23:46:00 | Citibank/Best Buy, Po Box 790034, St Louis, MO 63179-0034 |
| 5371980 | + | EDI: WFNNB.COM | Jan 27 2026 23:46:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5371981 | + | EDI: WFNNB.COM | Jan 27 2026 23:46:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5371982 | + | EDI: WFNNB.COM | Jan 27 2026 23:46:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5373127 | | EDI: DISCOVER | Jan 27 2026 23:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5371983 | + | EDI: DISCOVER | Jan 27 2026 23:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5408088 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2026 18:49:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5408089 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2026 18:49:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5371985 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 27 2026 18:48:00 | Freedom Mortgage, PO Box 6656, Chicago, IL 60680-6656 |
| 5384768 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 27 2026 18:48:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5380745 | | EDI: JEFFERSONCAP.COM | Jan 27 2026 23:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5375191 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 27 2026 18:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5380635 | | EDI: JPMORGANCHASE | Jan 27 2026 23:46:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 5371987 | + | EDI: CAPITALONE.COM | Jan 27 2026 23:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5379239 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2026 18:52:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5377176 | + | Email/Text: bncnotifications@pheaa.org | Jan 27 2026 18:48:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5371988 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2026 18:48:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 5378862 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 27 2026 18:48:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5505153 | | EDI: PRA.COM | Jan 27 2026 23:46:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5505154 | | EDI: PRA.COM | Jan 27 2026 23:46:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5381551 | | EDI: PRA.COM | Jan 27 2026 23:46:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5383818 | | EDI: Q3G.COM | Jan 27 2026 23:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5383936 | | EDI: Q3G.COM | Jan 27 2026 23:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5371989 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 27 2026 18:48:00 | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 5371990 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 27 2026 18:48:00 | Specialized Loan Servicing/SLS, P.O. Box 636005, Littleton, CO 80163-6005 |
| 5371993 | + | EDI: SYNC | Jan 27 2026 23:46:00 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5371994 | + | EDI: SYNC | Jan 27 2026 23:46:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5372409 | + | EDI: PRA.COM | Jan 27 2026 23:46:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5371995 | + | EDI: SYNC | Jan 27 2026 23:46:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5371996 | + | EDI: SYNC | Jan 27 2026 23:46:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5371997 | + | EDI: SYNC | Jan 27 2026 23:46:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5371998 | + | EDI: SYNC | Jan 27 2026 23:46:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5371999 | + | Email/Text: dbogucki@trumark.org | Jan 27 2026 18:49:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 5372000 | | Email/Text: bknotice@upgrade.com | Jan 27 2026 18:48:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 5378366 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jan 27 2026 18:48:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 5372001 | + | EDI: G2RSVOLKSWGN | Jan 27 2026 23:46:00 | Volkswagen Credit Inc., P.O. Box 3, Hillsboro, OR 97123-0003 |
| 5372002 | + | EDI: G2RSVOLKSWGN | Jan 27 2026 23:46:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |
| 5372003 | | EDI: SYNC | Jan 27 2026 23:46:00 | Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 5381690 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 27 2026 18:49:00 | Wells Fargo Bank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5633841 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 27 2026 18:48:00 | Wells Fargo Bank, N.A., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5633842 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 27 2026 18:48:00 | Wells Fargo Bank, N.A., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Wells Fargo Bank, N.A., c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5374109 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 27 2026 18:48:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 5718820 | + | Email/Text: RASEBN@raslg.com | Jan 27 2026 18:48:00 | Wells Fargo Bank, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5383875 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

**Name**  **Email Address**

Adam Bradley Hall
   on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

Andrew L Spivack
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

Bradley J Osborne
   on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 c/o Select Portfolio Servici bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Cameron Deane
   on behalf of Creditor Enid Mora cdeane@weltman.com

Denise E. Carlon
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Jack N Zaharopoulos
   ecf_pahu_alt@trustee13.com

Joshua I Goldman
   on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFB josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Keri P Ebeck
   on behalf of Creditor VW Credit Leasing  Ltd. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mario J. Hanyon
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Paul H. Young
   on behalf of Creditor Enid Mora ykaecf@gmail.com lesliebrown.paralegal@gmail.com

Robert Shearer
   on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 c/o Select Portfolio Servici rshearer@raslg.com

Robert Shearer
   on behalf of Creditor Wells Fargo Bank  National Association rshearer@raslg.com

Roger Mattes, Jr
   on behalf of Debtor 1 Frank Franzo info@matteslawers.com  joan.bird@frontier.com

Roger Mattes, Jr
   on behalf of Debtor 2 Linda Susan Franzo info@matteslawers.com  joan.bird@frontier.com

Sarah K. McCaffery
   on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 c/o Select Portfolio Servici smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Frank Franzo <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–5112 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | Linda Susan Franzo <br> First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–7843 <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–03239–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank Franzo

Linda Susan Franzo
fka Linda Susan Seiler

1/27/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2